IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RAMON HOSEA McGRAW
ADC #142102                                                                                          PLAINTIFF

V.                          CASE NO. 5:12CV00314 KGB/BD

JEFFERSON COUNTY, et al.                                                                   DEFENDANTS

## ORDER

Magistrate Judge Beth Deere has filed a Partial Recommended Disposition ("Recommendation"), screening Mr. McGraw's amended complaint. After a careful review of the Recommendation and Mr. McGraw's objections, as well as a *de novo* review of those portions of the record to which Mr. McGraw objects, the Court concludes that the Partial Recommended Disposition should be adopted as this Court's findings in all respects.

Mr. McGraw's claims regarding mental health treatment, policy, and procedure; inadequate cell cleaning; and unjust confinement or entrapment are DISMISSED, without prejudice. Defendants Jefferson County and Deputy Hoffman are DISMISSED as party Defendants.

IT IS SO ORDERED, this 17 day of October, 2012.

Kristine G. Baker
United States District Judge